**IN the INTEREST OF: B.F.**

**No. ED 101527**

Missouri Court of Appeals,
Eastern District,
**_DIVISION TWO._**

Filed: February 3, 2015

Craig A. Johnston, Missouri Public Defender Office, Woodrail Centre, 1000 West Nifong, Building 7, Suite 100, Columbia, Missouri 65203, Jeffrey M. Estes, 1114 Market Street, 8th Floor, Suite 602, St. Louis, Missouri 63101, for Appellant.

Carolyn Whitehorn, 920 North Vandeventer, St. Louis, Missouri 63108, for Respondent.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J. and Philip M. Hess, J.

**ORDER**

**PER CURIAM**

B.F. appeals the juvenile court's judgment that he committed the delinquent act of second-degree assault. B.F. claims that the evidence was insufficient to prove beyond a reasonable doubt that he committed second-degree assault. We affirm.

We have reviewed the briefs of the parties and the record on appeal and have determined that an extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).